In the Matter of the Claim of ISABELLE WESTBAY against CURTIS & SANGER et al., Respondents.

THE STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's Compensation Law — messenger for brokerage firm killed by explosion in street while in discharge of his duties — award of compensation properly reversed.*

*Westbay* v. *Curtis & Sanger,* 198 App. Div. 25, affirmed.

(Argued November 23, 1921; decided December 13, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1921, which reversed an award of the state industrial commission made under the Workmen's Compensation Law and dismissed the claim. An employee of a firm of stockbrokers, who had been sent on an errand for the firm, while returning was killed by an explosion in the street. An award of compensation for his death was reversed by the Appellate Division on the ground that the employer's business was not within the coverage of the Workmen's Compensation Law, in that there were not four workmen or operatives engaged in the business, within the meaning of group 45.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for appellants.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for respondents.

Order affirmed, with costs against state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.